IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DIRECTV, INC.

v.                                  NO.  4:03CV00375 SWW

FORREST BRIMLEY

**ORDER**

The Court has received a faxed notice that defendant has litigation pending in the United States Bankruptcy Court which may become dispositive of the matters pending herein.

IT IS THEREFORE ORDERED that the Clerk administratively terminate this action in his records as to defendant without prejudice to the right of plaintiff to reopen the proceedings against defendant once the stay is lifted.

DATED this 18th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE